UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VALVE CORPORATION,<br><br>　　　　　　　　Defendant. | CASE NO. 2:22-cv-01366-JHC<br><br>ORDER |

　　　　On January 4, 2023, the Court issued an order to show cause why it should not dismiss this action based on Plaintiff's apparent failure to serve Defendant with a summons and a copy of Plaintiff's complaint within the timeframe provided in Federal Rule of Civil Procedure 4(m). Dkt. # 6. Plaintiff timely responded to the Court's order to show cause and adequately addressed the Court's concerns. Dkt. # 10. And on January 5, 2023, Plaintiff filed a waiver of service signed by Defendant's counsel. Dkt. # 7. Accordingly, the Court DISCHARGES its order to show cause and directs the Clerk to issue an order regarding initial disclosures and the joint status report. Dkt. # 6.

ORDER - 1

Dated this 24th day of January, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2