U.S. District Judge John H. Chun

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VALVE CORPORATION,<br><br>    Defendant. | No.: 2:22-cv-01366-JHC<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Social Positioning Input Systems, LLC hereby gives notice that this action is voluntarily dismissed. Defendant Valve Corporation has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: <u>February 2, 2023</u>.

             **MEYLER LEGAL, PLLC**

             /s/ SAMUEL M. MEYLER
             SAMUEL M. MEYLER, WSBA #39471
             1700 Westlake Ave. N., Ste. 200
             Seattle, WA 98109
             Tel: 206-876-7770
             Fax: 206-876-7771
             E-mail: samuel@meylerlegal.com

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) - 1
(Case No. 2:22-cv-01366-JHC)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

*Counsel for Plaintiff Social Positioning Input Systems, LLC*

NOTICE OF VOLUNTARY DISMISSAL PURSUANT
TO F.R.C.P. 41(a)(1)(A)(i) - 2
(Case No. 2:22-cv-01366-JHC)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771